## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | Case No.: 21-cv-24 (DSD/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| TAPDA Enterprises, Inc. d/b/a Minnoco and T & A L Schlangen, | |
| Defendants. | |

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

Dated: November 9, 2021

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court